## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| HINO MOTORS MANUFACTURING U.S.A, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>CHRIS HETMAN, TODD )<br>SHEPLEY, BRUCE SCHROEDER, )<br>JOHNATHAN BOYER, and )<br>BOYER CONSULTING, LLC, )<br>)<br>Defendants. ) | Case No.: 2:20-CV-10031<br>Hon Arthur J. Tarnow<br>Mag. Judge Elizabeth A. Stafford |

## NOTICE OF APPEARANCE

To: Clerk of Court
Attorneys of Record

PLEASE TAKE NOTICE of the appearance of James E. Roach of Fisher & Phillips LLP as co-counsel for plaintiff Hino Motors Manufacturing U.S.A., Inc. in the above-captioned matter.

Submitted by,

By: s/James E. Roach
James E. Roach (P51792)
Fisher & Phillips LLP
31780 Telegraph Rd., Suite 200
Bingham Farms, MI  48025
(248) 540-7082
jroach@fisherphillips.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 27, 2020, the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will serve it on the attorneys of record.

    s/James E. Roach