UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HINO MOTORS MANUFACTURING, USA, INC., | Case No. 20-10031 |
| Plaintiff, | SENIOR U.S. DISTRICT JUDGE |
| v. | ARTHUR J. TARNOW |
| BOYER CONSULTING, LLC, ET AL., | U.S. MAGISTRATE JUDGE |
| Defendants. | ELIZABETH A. STAFFORD |

_____/

**ORDER GRANTING THE JOINT MOTION TO STAY PROCEEDINGS AGAINST BOYER DEFENDANTS [26]**

Plaintiff, with the consent of Defendants, Boyer Consulting, LLC, and affiliated individuals—Todd Shepley, Bruce Schroeder, and Johnathon Boyer—have moved to stay the proceedings against those defendants. Proceedings will continue unaffected against Defendant Chris Hetman. Given that settlement negotiations are ongoing, the Court finds good cause for a stay.

Accordingly,

**IT IS ORDERED** that the joint Motion to Stay Proceedings Against Boyer Defendants [26] is **GRANTED**.

**SO ORDERED**.

Dated: July 1, 2020

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge