UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| HINO MOTORS MANUFACTURING U.S.A, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHRIS HETMAN, TODD SHEPLEY, BRUCE SCHROEDER, JOHNATHAN BOYER, and BOYER CONSULTING, LLC, <br><br> Defendants. | Case No.: 2:20-CV-10031 |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS TODD SHEPLEY, BRUCE SCHROEDER, JONATHAN BOYER, AND BOYER CONSULTING, LLC

NOW COME Plaintiff Hino Motors Manufacturing, U.S.A., Inc., and Defendants Todd Shepley, Bruce Schroeder, Jonathan Boyer, and Boyer Consulting, LLC ("the Boyer Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to and agree as follows:

1. The above-captioned matter and all claims raised therein between Plaintiff and the Boyer Defendants have been resolved.

2. The above-captioned matter is voluntarily dismissed, with prejudice, against Defendants Todd Shepley, Bruce Schroeder, Jonathan Boyer, and Boyer Consulting, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party bearing its own costs and attorney fees.

3. This dismissal does not impact the pending claims against Defendant Chris Hetman.

Dated this the 20th day of November, 2020.

          Respectfully submitted,

/s/ Matthew P. Allen
Matthew P. Allen
**Miller, Canfield, Paddock and Stone, PLC**
840 West Long Lake Road, Suite 150
Troy, MI 48098-6356
*Attorney for Defendant Todd Shepley*

/s/ J. Michael Honeycutt
J. Michael Honeycutt
MI State Bar No. P60517
**FISHER & PHILLIPS LLP**
227 West Trade Street, Suite 2020
Charlotte, North Carolina 28202
Telephone:  (704) 334-4565
Fax:  (704) 334-9774
E-mail:  jhoneycutt@fisherphillips.com

/s/ Dennis Barnes
Dennis Barnes
**Barris Sott Denn Driker PLLC**
333 W. Fort Street, Suite 1200
Detroit, MI 48226
*Attorney for Defendant Bruce Schroeder*

Ronald E. Reynolds
MI State Bar No. 40524
31780 Telegraph Road, Suite 200
Bingham Farms, MI 48025
Fax: (248) 540-7082
E-mail: rreynolds@fisherphillips.com

/s/ Robert P. Geller
Robert P. Geller
**Hertz Schram**
1760 South Telegraph Road, Suite 300
Bloomfield Hills, MI 48302
*Attorney for Defendants Johnathan Boyer and Boyer Consulting LLC*

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| HINO MOTORS MANUFACTURING U.S.A, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>CHRIS HETMAN, TODD SHEPLEY, BRUCE SCHROEDER, JOHNATHAN BOYER, and BOYER CONSULTING, LLC,<br><br>    Defendants. | Case No.: 2:20-CV-10031 |

## CERTIFICATE OF SERVICE

I certify that, on November __, 2020, the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS TODD SHEPLEY, BRUCE SCHROEDER, JONATHAN BOYER, AND BOYER CONSULTING, LLC** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to Defendant's attorney of record:

  David J. Kramer
  **The David J. Kramer Law Firm, PLLC**
  42400 Grand River Avenue, Suite 109
  Novi, MI 48375
  *Attorney for Defendant Chris Hetman*

    /s/ J. Michael Honeycutt
    J. Michael Honeycutt
    **FISHER & PHILLIPS LLP**
    *Attorney for Plaintiff*