## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

HINO MOTORS
MANUFACTURING U.S.A, INC.,

      Plaintiff,

   v.

CHRIS HETMAN,

      Defendant.

Case No. 2:20-cv-10031

---

## JOINT STIPULATION FOR EXTENSION OF DEADLINE
## TO FILE DISCOVERY MOTIONS

The deadline to for filing discovery motions in this case is April 2, 2021, while the deadline for completing discovery is May 3, 2021.

The parties are currently conferring regarding a discovery issue and need more time to do so in an effort to avoid the filing of a motion.  Accordingly, the parties stipulate to extending the deadline for filing discovery motions to May 3, 2021 to coincide with the discovery deadline.

**STIPULATED AND AGREED:**

*/s/ J. Michael Honeycutt*
J. Michael Honeycutt (P60517)
Ronald E. Reynolds (P40524)
**FISHER & PHILLIPS LLP**
227 West Trade St., Ste. 2020
Charlotte, NC  28202
E-mail: jhoneycutt@fisherphillips.com

*Counsel for Plaintiff*


*/s/ David J. Kramer*
David J. Kramer (P46342)
**THE DAVID J. KRAMER LAW
FIRM, PLLC**
42400 Grand River Ave., Ste. 109
Novi, MI 48375
E-mail: david@novilaw.com

*/s/ Daniel J. M. Schouman*
Daniel J. M. Schouman (P55958)
**SCHOUMAN AND SCHIANO**
1060 E. West Maple
Walled Lake, MI 48390
Telephone:  (248) 669-9830
E-mail: dschouman@gmail.com

*Counsel for Defendant*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| HINO MOTORS<br>MANUFACTURING U.S.A, INC., | )<br>)<br>) | |
| Plaintiff, | )<br>) | Case No.: 2:20-CV-10031 |
| v. | )<br>) | **ORDER GRANTING** |
| CHRIS HETMAN, | )<br>) | **EXTENSION OF DEADLINE TO** |
| | ) | **FILE DISCOVERY MOTIONS** |
| Defendant. | ) | |

The Court having reviewed the Joint Stipulation for Extension of Deadline to File Discovery Motions and otherwise being fully advised hereby ORDERS that the deadline to file discovery motions be extended to May 3, 2021.

IT IS SO ORDERED, this 6th day of April, 2020.


s/Arthur J. Tarnow
Arthur J. Tarnow
Honorable United States District Judge

WE SO CONSENT:

*/s/ J. Michael Honeycutt*
J. Michael Honeycutt
MI State Bar No. P60517
**FISHER & PHILLIPS LLP**
227 West Trade Street, Suite 2020
Charlotte, North Carolina 28202
Telephone:  (704) 334-4565
Fax:  (704) 334-9774
E-mail:  jhoneycutt@fisherphillips.com
*Attorney for Plaintiffs*

*/s/ David J. Kramer*
David J. Kramer
MI State Bar No. P46342
**The David J. Kramer Law Firm, PLLC**
42400 Grand River Ave., Suite 109
Novi, MI 48375
E-mail: david@novilaw.com
*Attorney for Chris Hetman*