# EXHIBIT 3

**REDACTED VERSION OF DOCUMENT TO BE SEALED**
**[Subject to Plaintiff's Motion to Authorize Sealing of Documents]**