## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

|  |  |
|---|---|
| HINO MOTORS MANUFACTURING U.S.A, INC., | |
| Plaintiff, | |
| v. | Case No.: 2:20-cv-10031 |
| CHRIS HETMAN, | |
| Defendant. | |

### Consent Motion to Modify Scheduling Order

Plaintiff Hino Motors Manufacturing U.S.A., Inc., through counsel and with Defendant's consent, moves to modify the scheduling order (D.E. 30) to extend several deadlines in light of Defendant Hetman's failure to timely respond to Hino's pending motions, as required by the Court's May 26, 2021 order. (D.E. 46.) This delay will require additional time for these motions to be resolved, as well as Hino's recently filed second motion for sanctions based on Hetman's failure to comply with the Court's Order.

The parties therefore request that the Court modify the deadlines in Paragraphs 4, 6, 7, and 11 of the Scheduling Order as follows:

Dispositive Motion filing cut-off date: **12/3/2021**

Date and time for Final Pretrial/Settlement Conference: **3/22/2022**

Final Pretrial Order to be submitted to the Court by: **3/15/2022**

Tentative Trial Term: **March 2022 – June 2022**

Plaintiff's counsel has consulted with Defendant Hetman's counsel, regarding the filing of this motion and Defendant concurs.  Plaintiff has included a proposed order along with this motion.

Filed August 13th, 2021.

Respectfully submitted,

*/s/ J. Michael Honeycutt, Esq.*
J. Michael Honeycutt (MI Bar # P60517)
Benjamin S. Morrell (TBPR # 35480)
**FISHER & PHILLIPS LLP**
227 West Trade Street, Suite 2020
Charlotte, North Carolina 28202
Telephone: (704) 334-4565
Facsimile: (704) 334-9774
E-mail: jhoneycutt@fisherphillips.com
Email: bmorrell@fisherphillips.com
ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

HINO MOTORS
MANUFACTURING U.S.A, INC.,

        Plaintiff,

    v.

CHRIS HETMAN,

        Defendant.

Case No.: 2:20-cv-10031

## Certificate of Service

I hereby certify that on the date listed below, the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will serve it on the attorneys of record.

Date: August 13th, 2021.

*/s/ J. Michael Honeycutt, Esq.*
J. Michael Honeycutt
ATTORNEY FOR PLAINTIFF

3