UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Hino Motors Manufacturing
U.S.A. Inc.,

              Plaintiff(s),

v.                                          Case No. 2:20-cv-10031-AJT-EAS
                                              Hon. Arthur J. Tarnow

Boyer Consulting, LLC, et al.,

              Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before Magistrate Judge Elizabeth A. Stafford as follows:

- STATUS CONFERENCE:  April 25, 2022 at 11:00 AM

The conference shall be initiated by counsel using the provided dial-in information.

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:**   Counsel shall call (888) 557-8511 and enter access code: 1137044 to participate in the telephonic conference.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/Marlena Williams
                                                      Case Manager

Dated:  January 29, 2022