UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HINO MOTORS MANUFACTURING U.S.A, INC.,

          Plaintiff,

   v.

CHRIS HETMAN,

          Defendant.

Case No.: 2:20-cv-10031

### Order Granting Withdrawal of Counsel

Attorney Benjamin S. Morrell, counsel for Plaintiff Hino Motors Manufacturing U.S.A., Inc., has filed a notice of withdrawal seeking to withdraw from this case as counsel. Attorney Morrell's request is granted. Attorneys J. Michael Honeycutt and Ronald E. Reynolds will remain as co-counsel of record for Plaintiff.

It is so ordered.

/s/Terrence G. Berg
UNITED STATES DISTRICT JUDGE

Dated: May 10, 2022