UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **HINO MOTORS MANUFACTURING USA, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**BOYER CONSULTING, LLC, et al.,**<br><br>Defendants. | 2:20-CV-10031-TGB-EAS<br><br><br>**JUDGMENT** |

In accordance with the Opinion and Order issued on this date, **ACCEPTING AND ADOPTING** Magistrate Judge Stafford's Report and Recommendation (ECF No. 83), it is **ORDERED AND ADJUDGED** that Default Judgment is entered against Defendant Chris Hetman in the amount of $2,942,966.60.

Dated at Detroit, Michigan:  October 18, 2022.

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE